■ STANLEY FRANCZYK et al., Appellants, v JANINE T. WATROBA, as Administratrix of the Estate of MARY A. SIEDLIKOWSKI, Deceased, et al., Defendants, and EDWARD HEAD, as Bishop of the Roman Catholic Diocese of Buffalo, Inc., et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed, without costs, on the opinion at Special Term, Marshall, J. (Appeal from order of Erie Supreme Court—summary judgment.) Present—Dillon, P. J., Simons, Schnepp, Callahan and Doerr, JJ.

■ MARY A. BICK, Individually and as Executrix of JOHN BICK, Deceased, Appellant, v JANINE T. WATROBA, as Administratrix of the Estate of MARY A. SIEDLIKOWSKI, Deceased, et al., Defendants, and ROMAN CATHOLIC DIOCESE OF SYRACUSE, Respondent. (Appeal No. 3.)—Order unanimously affirmed, without costs, on the opinion at Special Term, Marshall, J. (Appeal from order of Erie Supreme Court—summary judgment.) Present—Dillon, P. J., Simons, Schnepp, Callahan and Doerr, JJ.

■ STANLEY FRANCZYK et al., Appellants, v JANINE T. WATROBA, as Administratrix of the Estate of MARY A. SIEDLIKOWSKI, Deceased, et al., Defendants, and FRANK J. HARRISON, as Bishop of the Roman Catholic Diocese of Syracuse, Inc., et al., Respondents. (Appeal No. 4.)—Order unanimously affirmed, without costs, on the opinion at Special Term, Marshall, J. (Appeal from order of Erie Supreme Court—summary judgment.) Present—Dillon, P. J., Simons, Schnepp, Callahan and Doerr, JJ.